**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**WHEELING DIVISION**

| | | |
|---|---|---|
| In re: | ) | 5:19-cv-259 |
| | ) | Judge Bailey |
| | ) | **Chapter 11** |
| **WELDED CONSTRUCTION, L.P.** | ) | |
| | ) | **Case No. 18-12378 (KG) (Bankr. D. Del.)** |
| Debtor. | ) | |
| | ) | **(Jointly Administered)** |
| | ) | |
| | ) | |
| **WORLDWIDE MACHINERY, LTD.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Civil Action No. _____** |
| | ) | (Removal from Circuit Court of Wetzel |
| **COLUMBIA GAS TRANSMISSION, LLC,** | ) | County, Civil Action No. 19-C-45) |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1334(b), 1452, 1332, 1367, 1441(b) and 1446, and Federal Rule of Bankruptcy Procedure 9027, the Defendant, Columbia Gas Transmission, LLC (incorrectly designated "Columbia Gas Transmission Corporation, now known as Columbia Gas Transmission, LLC" in the Complaint) by counsel, gives notice of removal of the above-captioned action from the Circuit Court of Wetzel County, West Virginia, to the United States Bankruptcy Court for the Northern District of West Virginia.  In support thereof, the Defendant states as follows:

### I. NATURE OF REMOVED ACTION

1.      On or about May 28, 2019, Plaintiff filed a Complaint in the Circuit Court of Wetzel County, West Virginia, Civil Action No. 19-C-45, naming Columbia Gas Transmission, LLC as Defendant.

8382066

2.      In accordance with 28 U.S.C. § 1446(a) and Federal Rule of Bankruptcy Procedure 9027(a)(1), a copy of the docket sheet and a copy of all process, pleadings, and orders served upon the Defendant in the state court action are attached hereto as **Exhibit A**.

## II. TIMELINESS OF REMOVAL

3.      This civil action was filed on May 28, 2019, served on Defendant's agent for service of process by appointment, Corporation Service Company, on May 30, 2019.  *See* **Exhibit B**, Affidavit for Service of Complaint to Foreclose Mechanic's Lien.  In accordance with the requirements of 28 U.S.C. § 1446(b) and Federal Rule of Bankruptcy Procedure 9027(a)(3), this Notice of Removal is timely filed within thirty (30) days after receipt of service of Plaintiffs' Complaint.  *See Elliott v. Am. States Ins. Co.*, 883 F.3d 384, 391 (4th Cir. 2018) ("The general rule, as established by the Supreme Court in *Murphy Brothers*[*, Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347-48 (1999)], is that the time for counting the days for filing notice of removal under § 1446(b) starts when the defendant is formally[ served with the summons and complaint making the defendant an official party to the action and requiring the defendant to appear.")*.

## III. PROPRIETY OF VENUE

4.      Venue is proper in this district and division under 28 U.S.C. §§ 1441(a) and 1452(a), because the state court where the suit has been pending is located in this district and this division.

## IV. BASIS OF REMOVAL

5.      Removal in this case is proper pursuant to 28 U.S.C. § 1441(a), which provides that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district

court of the United States for the district and division embracing the place where such action is pending," as well as 28 U.S.C. § 1452, which provides that "[a] party may remove any claim or cause of action in a civil action other than a proceeding before the United States Tax Court or a civil action by a governmental unit . . . to the district court for the district where such civil action is pending . . . ."

6.      In this case, federal jurisdiction is founded upon bankruptcy court jurisdiction, pursuant to 28 U.S.C. § 1334(b), because this civil action arises in and/or is related to a pending case filed under Title 11, *In re: Welded Construction, L.P.*, Case No. 18-12378 (KG) (Bankr. D. Del.) (Jointly Administered).

7.      Welded Construction, L.P. (the "Debtor"), filed a Voluntary Petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on October 22, 2018.  *See In re: Welded Construction, L.P.*, Case No. 18-12378 (KG) (Bankr. D. Del.) (Jointly Administered) (the "Bankruptcy Case").

8.      This civil action seeks to enforce a mechanic's lien against Defendant arising from unpaid obligations of the Debtor to Plaintiff.  Furthermore, upon information and belief, Plaintiff's mechanic's lien may attach to property of the Debtor's bankruptcy estate, including fixtures, appurtenances, and personal property of the Debtor situate in Wetzel County.

9.      Plaintiff has filed a proof of claim in the Bankruptcy Case for the obligation of the Debtor underpinning the mechanic's lien asserted against Defendant.  *See* Claim No. 44.  Upon information and belief, the amount of Plaintiff's claim is in dispute.  Determination of the amount of Plaintiff's claim against the Debtor—and the amount of the claim that will be allowed and paid from the Debtor's estate—is necessary to determine what amount, if any, Plaintiff can seek to recover from Defendant through enforcement of its purported mechanic's lien.

10.     Pursuant to 28 U.S.C. §1334(b), the civil action "arises in" the Debtor's Bankruptcy Case and is, thus, a "core proceeding." *See In re Mid-Atlantic Resources Corp.*, 283 B.R. 176, 186–89 (S.D. W. Va. 2002) (upholding the bankruptcy court's decision denying a motion to remand in a removed case involving a mechanic's lien asserted against non-debtor entities arising from obligations of the debtor and finding that the action was a core proceeding).

11.     The Bankruptcy Court has jurisdiction to hear and decide disputes arising in or related to the Bankruptcy Case.  A determination of the amount owed to the plaintiff in the mechanic's lien proceeding could have an effect on the proof of claim filed by the plaintiff in the bankruptcy. *See Siskin Steel & Supply Co., Inc. v. Highland North, LLC*, 2013 WL 23906, *7 (W.D. Pa. Jan. 2, 2013) ("Any recovery by Siskin in the mechanic's lien claim would necessarily reduce Siskin's claim against SIAG in the bankruptcy estate for contribution by the same amount, thus altering the liability of the SIAG bankruptcy estate.") and *Longchamps Elec., Inc. v. Rothenberg (In re: Wrenn Assoc., Inc.*, 2004 WL 1746117, *4 (D.N.H. July 26, 2004) (bankruptcy court exercised subject-matter jurisdiction over a subcontractor's action to recover under a mechanic's lien statute against a property owner, reasoning that it would "impact [the general contractor's] bankruptcy case because ... a subcontractor's mechanic's lien is only valid to the extent that monies are owed the general contractor," which was the debtor in the bankruptcy case.).

12.     The United States District Court for the Northern District of West Virginia found that two similar mechanic's lien actions were "related to" the Debtor's Bankruptcy Case, which were filed by subcontractor Earth Pipeline Services, Inc. that worked on the same Mountaineer Xpress Pipeline project that is the subject of the work in the Complaint in this case.  *See* "Order Transferring Case," *Earth Pipeline Services, Inc. v. Columbia Gas Transmission, LLC*, Civil

Action No. 5:19-CV-171, Doc. No. 19, at 3 (N.D. W. Va. June 26, 2019), 5:19-CV-172, Doc. No. 19, at 3 (N.D. W. Va. June 26, 2019).

13.     For the same reasons, this civil action may also be removed to United States District Court for the Northern District of West Virginia (the "District Court") under 28 U.S.C. §1452(a) because it is "related to" the Debtor's Bankruptcy Case.

14.     Pursuant to 28 U.S.C. §157 and the Amended Standing Order of Reference entered in the District Court miscellaneous proceeding no. 5:13-MC-12 on April 2, 2013, the District Court has referred all matters arising in or related to a case under Title 11 to the bankruptcy judges for the District Court. This includes this civil action.

15.     This civil action is a "core proceeding" that arises in the Bankruptcy Case within the meaning of 28 U.S.C. §§ 157(b) and 1334(b) and, to the extent that this Court finds that this civil action is not a "core proceeding," the civil action is at least a "non-core proceeding" that invokes the "related to" jurisdiction of the bankruptcy courts pursuant to 28 U.S.C. §§ 157, 1334, and 1452.

16.     Defendant consents to entry of final orders or judgment by the bankruptcy courts.

## V. OTHER REMOVAL ISSUES

17.     Pursuant to 28 U.S.C. § 1446(a) and Federal Rule of Bankruptcy Procedure 9027(a)(1), a copy of all process, pleadings, and orders served upon the Defendant is attached hereto as "Exhibit A" along with a copy of the docket sheet from the Circuit Court of Wetzel County, West Virginia.

18.     A Notice of Filing of Notice of Removal will be filed this day with the Circuit Clerk of Wetzel County, West Virginia and served on the Plaintiff.

WHEREFORE, the Defendant, by counsel, respectfully advises that this civil action has been removed from the Circuit Court of Wetzel County, West Virginia, to the United States Bankruptcy Court for the Northern District of West Virginia, and that this Court shall assume jurisdiction over this action.

**COLUMBIA GAS TRANSMISSION, LLC,**

**By Counsel**

/s/ John J. Meadows
John J. Meadows (WV State Bar ID No. 9442)
Devon J. Stewart (WV State Bar ID No. 11712)

**STEPTOE & JOHNSON PLLC**
**Of Counsel**

Chase Tower, Seventeenth Floor
707 Virginia Street, East
Post Office Box 1588
Charleston, WV  25326-1588
Telephone:  (304) 353-8154
Facsimile:   (304) 353-8180
John.Meadows@steptoe-johnson.com
Devon.Stewart@steptoe-johnson.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**WHEELING DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| **WELDED CONSTRUCTION, L.P.** | ) | |
| | ) | **Case No. 18-12378 (KG) (Bankr. D. Del.)** |
| Debtor. | ) | |
| | ) | **(Jointly Administered)** |
| | ) | |
| | ) | |
| **WORLDWIDE MACHINERY, LTD.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Civil Action No. _____** |
| | ) | (Removal from Circuit Court of Wetzel |
| **COLUMBIA GAS TRANSMISSION,** | ) | County, Civil Action No. 19-C-45) |
| **LLC,** | ) | |
| Defendant. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2019, I electronically filed the foregoing *"Notice of Removal"* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record, provided they are CM/ECF participants. In addition, I have further mailed complete copies of these filings to counsel below via First Class US Mail:

> Arthur W. Zamosky,, Esq.
> Suite 2200 Gulf Tower, 707 Grant Street
> Pittsburgh, PA 15219
> (412) 456-8100 (phone)
> (412) 456-8135 (fax)
> azamosky@bernsteinlaw.com
> *Counsel for Plaintiff*

> /s/ John J. Meadows

## IN THE CIRCUIT COURT OF _____ WETZEL _____ COUNTY, WEST VIRGINIA

### CIVIL CASE INFORMATION STATEMENT
(Civil Cases Other than Domestic Relations)

**I. CASE STYLE:**

**Plaintiff(s)**

Worldwide Machinery LTD

Case No. 19-C-45

Judge: Hummel

**vs.**

**Defendant(s)**

Columbia Gas Trans. Corp, now known as Columbi
Name

c/o Corporation Service Company
Street Address

209 W Washington Street Kanawha Cty WV 23502
City, State, Zip Code

Days to Answer: 20

Type of Service: Certified Mail

**II. TYPE OF CASE:**

- [✓] General Civil
- [ ] Mass Litigation *[As defined in T.C.R. 26.04(a)]*
  - [ ] Asbestos
  - [ ] FELA Asbestos
  - [ ] Other: _____
- [ ] Habeas Corpus/Other Extraordinary Writ
- [ ] Other: _____

- [ ] Adoption
- [ ] Administrative Agency Appeal
- [ ] Civil Appeal from Magistrate Court
- [ ] Miscellaneous Civil Petition
- [ ] Mental Hygiene
- [ ] Guardianship
- [ ] Medical Malpractice

**III. JURY DEMAND:** [ ] Yes [ ] No   CASE WILL BE READY FOR TRIAL BY (Month/Year): _____ / _____

**IV. DO YOU OR ANY OF YOUR CLIENTS OR WITNESSES IN THIS CASE REQUIRE SPECIAL ACCOMMODATIONS?**

[ ] Yes [✓] No

**IF YES, PLEASE SPECIFY:**

- [ ] Wheelchair accessible hearing room and other facilites
- [ ] Reader or other auxiliary aid for the visually impaired
- [ ] Interpreter or other auxiliary aid for the deaf and hard of hearing
- [ ] Spokesperson or other auxiliary aid for the speech impaired
- [ ] Foreign language interpreter-specify language: _____
- [ ] Other: _____

Attorney Name: Arthur Zamosky, Esq

Firm: Bernstein Burkley P.C.

Address: 707 Grant Street Pgh PA 15219

Telephone: (412) 456-8100

[ ] **Proceeding Without an Attorney**

Representing:
- [✓] Plaintiff
- [ ] Defendant
- [ ] Cross-Defendant
- [ ] Cross-Complainant
- [ ] 3rd-Party Plaintiff
- [ ] 3rd-Party Defendant

Original and ___1___ copies of complaint enclosed/attached.

Dated: 5 / 23 / 19     Signature: _____

**SCA-C-100: Civil Case Information Statement (Other than Domestic Relations)**     Revision Date: 12/2015

IN THE CIRCUIT COURT OF WETZEL COUNTY, WEST VIRGINIA

WORLDWIDE MACHINERY, LTD.,

Claimant/Plaintiff

vs.

COLUMBIA GAS TRANS. CORP., now
known as COLUMBIA GAS
TRANSMISSION, LLC,

Owner/Defendant

Case No.

## **COMPLAINT TO FORECLOSE MECHANIC'S LIEN**

AND NOW comes Claimant/Plaintiff Worldwide Machinery, Ltd., by counsel,

Bernstein-Burkley, P.C., and files the following Complaint to Foreclose the Mechanic's Lien

which was filed on February 22, 2019, with the Clerk of the Wetzel County Commission, at

Instrument No. 264296, Book 7 at page 265, in the amount of $55,028.58, averring in support

thereof the following:

1.      Plaintiff, Worldwide Machinery, Ltd. ("Claimant"), is a corporation organized

and existing under the laws of the State of Texas, with a place of business located at Aurora,

Colorado.

2.      Defendant, Columbia Gas Trans. Corp. now known as Columbia Gas

Transmission, LLC ("Owner"), is a limited liability company, organized and existing under the

laws of the State of Delaware, and having a registered address c/o Corporation Service

Company, 209 W. Washington Street, Charleston, Kanawha County, West Virginia 23502, and

is also the record owner of the premises designated as Parcel ID No. 05 20003400000000 (5-20-

34), District 5 Green, Map 20, Parcel 34, situate in County of Wetzel, State of West Virginia, as

more particularly described in that certain deed dated June 30, 1971 from The Manufacturers

Light and Heat Company to Columbia Gas Trans Corporation, as recorded in the Wetzel County

Courthouse by Book 263, Page 164 (hereinafter the "Liened Property").

3.      Contractor, Welded Construction, L.P. ("Contractor"), is limited partnership

organized and existing under the laws of the State of Delaware that has a registered address c/o

CT Corporation Systems, 1627 Quarrier Street, Charleston, Kanawha County, West Virginia

25311, who contracted with Owner to perform a pipeline installation on the Mountaineer Express

Pipeline Project (the "Project") located in Wetzel County, West Virginia, more specifically

identified as Parcel ID No. 05 20003400000000 (5-20-34), District 5 Green, Map 20, Parcel 34,

situate in County of Wetzel, State of West Virginia, as more particularly described in that certain

deed dated June 30, 1971 from The Manufacturers Light and Heat Company to Columbia Gas

Trans Corporation, as recorded in the Wetzel County Courthouse by Book 263, Page 164 (the

"Liened Property").

4.      Contractor subcontracted the furnishing of equipment necessary to complete pipeline

installation work at the Liened Property to the Claimant through October 31, 2018, for a subcontract

amount of $55,028.58.

5.      Claimant's Mechanics' Lien relates to equipment provided by Claimant as a

Subcontractor, as defined by W. Va. Code § 38-2-2, to the Contractor upon the Liened Property,

being more fully described as aforesaid in paragraph 2, *supra*.

6.      On or about October 31, 2018, Claimant last supplied equipment to Owner

for completion of pipeline installation upon the Liened Property.

## COUNT I – QUANTUM MERUIT

7.     Claimant incorporates herein by reference thereto each of the preceding paragraphs of this Complaint as if the same were more fully set forth herein in their entirety.

8.     At all times pertinent to the events referred to *supra*, Owner knew, or reasonably should have known that Claimant was performing the subcontracted work, as subcontracted for by Contractor, on behalf of Owner, with Claimant.

9.     At no time during this process, did Owner or Contractor or any of their representatives, advise or otherwise contend, in any way, that the equipment supplied by Claimant was in dispute or unsatisfactory.

10.     A complete set of the invoices from Claimant reflecting the equipment provided by Claimant on the Project, to the benefit of the Owner, is included with the true and correct copy of Claimant's Mechanic's Lien against the Liened Property, which is attached hereto as Exhibit "1" and made a part hereof.

11.     Claimant has been paid only a portion of the invoices submitted by Claimant.

12.     Claimant has fully and satisfactorily discharged all of its contractual duties by providing the necessary equipment to Owner and Contractor related to the Project.

13.     Owner did not at any time instruct Claimant to cease providing equipment to the Project, but to the contrary, Owner was well aware of the nature and extent of Claimant's equipment being provided to the Owner's Project and permitted Claimant to continue its work.

14.     The aforementioned equipment provided by Claimant benefitted Owner by fulfilling a significant part of Contractor's contractual obligations to Owner.

15.     The fair and reasonable value of the unpaid equipment use provided by Claimant for Owner is in excess of $55,000.00.

16.     Owner has been unjustly enriched by its receipt of the benefit of the equipment, provided by Claimant.

17.     Claimant has not received a corresponding benefit from Owner for Claimant's performance.

18.     Despite Claimant's demands, Owner has failed and refused to pay Claimant for the benefit Owner received, as set forth above.

19.     To the extent that Owner has benefitted from the equipment of Claimant without having paid for it, Owner has become unjustly enriched at Claimant's expense.

20.     It would be unconscionable and inequitable to allow Owner to receive the benefit of the aforementioned equipment usage for pipeline installation without payment to Claimant and, accordingly, Owner is liable to Claimant for the value of the equipment and material provided by Claimant.

WHEREFORE, Claimant Worldwide Machinery, Ltd. respectfully requests that this

Honorable Court enter judgment in its favor and against Owner Columbia Gas Trans Corp., now

known as Columbia Gas Transmision, LLC in an amount in excess of $55,000.00 plus interest,

costs, attorney's fees and such other and further relief as is just and proper.

## COUNT II – ENFORCEMENT OF MECHANIC'S LIEN

21.     Claimant filed its Mechanic's Lien  pursuant to W. Va. Code § 38-2-7, with the

Clerk of the Wetzel County Commission on February 22, 2019, at Instrument No. 264296, Book 7

@ Page 265. A true and correct copy of Claimant's Mechanic's Lien is attached hereto, marked

Exhibit "1," and made a part hereof.

22.     Claimant served notice of the filing of its Mechanic's Lien and a copy of its

Mechanic's Lien, upon the Owner's registered agent through the Office of the Secretary of State of

West Virginia on or about March 12, 2019. A true and correct copy of the Secretary of State's letter

acknowledging service of the Claimant's Mechanic's Lien is attached hereto as Exhibit "2" and

made a part hereof.

23.     Additionally, Claimant served notice of the filing of its Mechanic's Lien and a copy

of its Mechanic's Lien, upon the Owner, via certified mail, return receipt requested, on March 7,

2019. True and correct copies of Plaintiff's counsel's letter to Owner of March 4, 2019, along with

proof of mailing of certified mail, and proof of delivery of certified mailing on March 7, 2019

obtained from the U.S. Postal Service's internet website are attached hereto, collectively marked

Exhibit "3" and made a part hereof.

24.     Despite the performance of all conditions precedent by Claimant, the aforesaid

Mechanic's Lien remains unsatisfied, and Claimant brings this action in accordance with W. Va. Code § 38-2-34 to enforce its Mechanic's Lien.

25.     The unpaid principal amount due and owing to Plaintiff on account of the aforesaid Statement of Mechanics' Lien Claim is $55,028.58.

WHEREFORE, Claimant/Plaintiff, TP Electric, Inc., demands Judgment on Count II of this Complaint, to enforce its Mechanic's Lien in the amount of $55,028.58 against the Liened Property owned by Owner/Defendant and designated as Parcel ID No. 05 20003400000000 (5-20-34), District 5 Green, Map 20, Parcel 34, situate in County of Wetzel, State of West Virginia, as more particularly described in that certain deed dated June 30, 1971 from The Manufacturers Light and Heat Company to Columbia Gas Trans Corporation, as recorded in the Wetzel County Courthouse by Book 263, Page 164, and requests this Honorable Court to order a sale of the Liened Property on which Claimant/Plaintiff's lien is established, or so much thereof as may be sufficient to satisfy said Mechanic's Lien.

BERNSTEIN-BURKLEY, P.C.

By:_____

Arthur W. Zamosky, Esquire
Attorney for Claimant/Plaintiff
WV ID #10905
Suite 2200 Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
Telephone:    (412) 456-8100
Facsimile:     (412) 456-8135
Email: azamosky@bernsteinlaw.com
**BERNSTEIN-BURKLEY FILE NO.
2181-WV002**

Wetzel County
Carol S Haught, Clerk
Instrument 264296
02/22/2019 @ 12:54:32 PM
MECHANICS LIEN
Book 7 @ Page 265
Pages Recorded 19
Recording Cost $          28.00

**Notice of Mechanic's Lien**

To:

**Columbia Gas Trans Corp.**
**P.O. Box 1273**
**Charleston, WV 25325**

and

**Columbia Gas Trans Corp.**
**c/o Corporation Service Company**
**209 W. Washington Street**
**Charleston, WV 25302**

You will please take notice that the undersigned Claimant, Worldwide Machinery, Ltd., was and is a supplier to Welded Construction, L.P., which was general contractor for the Mountaineer Express Pipeline Project (the "Project"), for the furnishing of equipment necessary to complete the pipeline installation work required in connection with the Project based on Welded Construction, Inc.'s orders submitted to Worldwide Machinery, Ltd., and subsequently providing said equipment to Welded Construction, Inc., for its contract with Columbia Gas Trans Corp., for the completion of the Project on certain real estate more particularly described on Exhibit A hereto (the "*Real Estate*"), situate in Wetzel County, West Virginia, in which you may own an interest, and that the contract price and value of said materials which remains unpaid is $55,028.58, as of January 25, 2018, as reflected on the Invoices collectively attached hereto as Exhibit B. You are further notified that the undersigned has not been paid therefor and that Claimant Worldwide Machinery, Ltd., claims and will claim a lien upon your interest in the Real Estate and upon the buildings, structures and improvements thereon to secure the payment of the said sum.

**WORLDWIDE MACHINERY, LTD.,** a  Texas  limited partnership

By: Rhonda Noll

Title: Assistant Credit Manager

**EXHIBIT**

*"I"*

TO COMPLAINT

BERNSTEIN - BURKLEY P.C. ATTYS AT LAW
STE 2200 GULF TOWER
PITTSBURGH PA

## Notice of Mechanic's Lien

To:

**Columbia Gas Trans Corp.**
**P.O. Box 1273**
**Charleston, WV 25325**

and

**Columbia Gas Trans Corp.**
**c/o Corporation Service Company**
**209 W. Washington Street**
**Charleston, WV 25302**

You will please take notice that the undersigned Claimant, Worldwide Machinery, Ltd., was and is a supplier to Welded Construction, L.P., which was general contractor for the Mountaineer Express Pipeline Project (the "Project"), for the furnishing of equipment necessary to complete the pipeline installation work required in connection with the Project based on Welded Construction, Inc.'s orders submitted to Worldwide Machinery, Ltd., and subsequently providing said equipment to Welded Construction, Inc., for its contract with Columbia Gas Trans Corp., for the completion of the Project on certain real estate more particularly described on Exhibit A hereto (the "***Real Estate***"), situate in Wetzel County, West Virginia, in which you may own an interest, and that the contract price and value of said materials which remains unpaid is $55,028.58, as of January 25, 2018, as reflected on the Invoices collectively attached hereto as Exhibit B. You are further notified that the undersigned has not been paid therefor and that Claimant Worldwide Machinery, Ltd., claims and will claim a lien upon your interest in the Real Estate and upon the buildings, structures and improvements thereon to secure the payment of the said sum.

**WORLDWIDE MACHINERY, LTD.**, a ___Texas___ limited partnership

By: Rhonda Noll

Title: Assistant Credit Manager

STATE OF Colorado ,
COUNTY OF Adams , To-wit:

Rhonda Holl , an authorized officer or agent of Worldwide Machinery, Ltd, being first duly sworn, upon his oath says that the statements in the foregoing notice of mechanic's lien are true, as he/she verily believes.

Taken, subscribed and sworn to before me this 12th day of February , 2019.

Notary Public in, of and for the
State of Colorado

> LEAH WHITE
> Notary Public
> State of Colorado
> Notary ID # 20184020946
> My Commission Expires 05-16-2022

This Instrument Prepared by Arthur W. Zamosky, Esquire (WV ID#10905), Bernstein-Burkley, P.C., Suite 2200 Gulf Tower, 707 Grant Street, Pittsburgh, PA 15219

### Exhibit "A" Property Description

Being parcel ID number 05 20003400000000 (5-20-34), District 5 Green, Map 20, parcel 34

As more particularly described in that certain deed dated June 30, 1971, from The Manufacturers Light and Heat Company to Columbia Gas Trans Corporation, as recorded in the Wetzel County Courthouse by Deed Book 263, Page 164.



**WORLDWIDE MACHINERY PIPELINE DIVISION**

INVOICE
146244

**Worldwide Machinery Pipeline Division**
29.1 Chambers Road Aurora, CO 800*1 | Phone 993  341.5556 | Fax 720.262.4404

| | | Questions or Comments |
|---|---|---|
| **Customer   021174**<br>Welded Construction<br>PO Box 470<br>ap@welded.com<br>Perrysburg, OH 43552 | **Date**<br>July 18, 2018<br><br>**P.O. #**<br>R3192 | **Sales Representative**<br>Brett Simpson<br>Email  bsimpson@wwmach.com<br>Phone |
| **Job Site County**<br>Ohio, WV<br>**Job Site**<br>169 Distribution Rd- Mett 713-253-9317 | **Contract #**<br>31757 | **Billing Inquiries**<br>Ryan Winslow<br>Email  rwinslow@wwmach.com<br>Phone (806) 747-3792 |

| Service | Price |
|---|---|
| RENTAL CHARGE -<br>2018 Superior D8T  Pipe Carrier Arms<br>s/n: WHPC-D8T-116<br><br>Rental Period # 3 - 7/5/2018 to 8/1/2018<br>Rental Rate $3,600.00/4 week period | $3,600.00 |

| | |
|---|---|
| Subtotal | $3,600.00 |
| Sales tax | $0.00 |
| **Total** | **$3,600.00** |

| Comments |
|---|

Our payment terms are net 30 days.If invoice is not paid within this term,interest charges will accrue at 1.5% per month.  Customer is responsible for remitting all sales/use taxes to the jurisdictions in which the machines are working, outside of Colorado, Wyoming, Utah and New Mexico.

Wire Remittance to:

**Worldwide Machinery  Dept. 2615**
**P.O. Box 122615**
**Dallas, TX 75312-2615**

**EXHIBIT**
" *B* "



**WORLDWIDE MACHINERY PIPELINE DIVISION**

# INVOICE
## 146245

**Worldwide Machinery Pipeline Division**
2851 Chambers Road | Aurora, CO 80011 | Phone 303-341-5858 | Fax 720-262-4894

| | | Questions or Comments |
|---|---|---|
| **Customer** 021174<br>Welded Construction<br>PO Box 470<br>ap@welded.com<br>Perrysburg, OH 43552 | **Date**<br>July 18, 2018<br><br>**P.O. #**<br>R3193 | **Sales Representative**<br>Brett Simpson<br>Email  bsimpson@wwmach.com<br>Phone |
| **Job Site County**<br>Ohio, WV<br>**Job Site**<br>169 Distribution Rd- Mett 713-253-9317 | **Contract #**<br>31758 | **Billing Inquiries**<br>Ryan Winslow<br>Email  rwinslow@wwmach.com<br>Phone (806) 747-3792 |

| Service | Price |
|---|---|
| RENTAL CHARGE -<br>2018 Superior D8T Pipe Carrier Arms<br>s/n: WHPC-D8T-117<br><br>Rental Period # 3 - 7/5/2018 to 8/1/2018<br>Rental Rate $3,600.00/4 week period | $3,600.00 |

| | |
|---|---|
| Subtotal | $3,600.00 |
| Sales tax | $0.00 |
| **Total** | **$3,600.00** |

### Comments

Our payment terms are net 30 days.If Invoice Is not paid within this term,interest charges will accrue at 1.5% per month.  Customer Is responsible for remitting all sales/use taxes to the jurisdictions In which the machines are working, outside of Colorado, Wyoming, Utah and New Mexico.

Wire Remittance to:

**Worldwide Machinery  Dept. 2615**
**P.O. Box 122615**
**Dallas, TX 75312-2615**



**INVOICE**
**146469**

Worldwide Machinery Pipeline Division
2651 Chambers Road | Aurora, CO 80011 | Phone 303-341-8655 | Fax 720.262.4494

| | Questions or Comments |
|---|---|

**Customer    021174**
Welded Construction
PO Box 470
ap@welded.com
Perrysburg, OH 43552

**Date**
July 25, 2018

**P.O. #**
R3194

**Sales Representative**
Brett Simpson
Email  bsimpson@wwmach.com
Phone

**Job Site County**
Ohio, WV

**Job Site**
169 Distribution Rd- Mett 713-253-9317

**Contract #**
31759

**Billing Inquiries**
Ryan Winslow
Email  rwinslow@wwmach.com
Phone (806) 747-3792

| Service | Price |
|---|---|
| RENTAL CHARGE - <br> 2018 Superior D8T  Pipe Carrier Arms <br> s/n: WHPC-D8T-118 | $3,600.00 |
| | |
| Rental Period # 3 - 7/12/2018 to 8/8/2018 <br> Rental Rate $3,600.00/4 week period | |

| | |
|---|---|
| Subtotal | $3,600.00 |
| Sales tax | $0.00 |
| **Total** | **$3,600.00** |

| Comments |
|---|

Our payment terms are net 30 days.If invoice is not paid within this term,interest charges will accrue at 1.5% per month. Customer is responsible for remitting all sales/use taxes to the jurisdictions in which the machines are working, outside of Colorado, Wyoming, Utah and New Mexico.

Wire Remittance to:

**Worldwide Machinery  Dept. 2615**
**P.O. Box 122615**
**Dallas, TX 75312-2615**



**WORLDWIDE MACHINERY PIPELINE DIVISION**

# INVOICE
## 146470

**Worldwide Machinery Pipeline Division**
2851 Columbus Road | Aurora, CO 80011 | Phone: 303-341-5555 | Fax: 720-262-3404

| Questions or Comments | |
|---|---|

| | | |
|---|---|---|
| **Customer**   021174<br>Welded Construction<br>PO Box 470<br>ap@welded.com<br>Perrysburg, OH 43552 | **Date**<br>July 25, 2018<br><br>**P.O. #**<br>R3195 | **Sales Representative**<br>Brett Simpson<br>Email   bsimpson@wwmach.com<br>Phone |
| **Job Site County**<br>Ohio, WV<br>**Job Site**<br>169 Distribution Rd- Mett 713-253-9317 | **Contract #**<br>31760 | **Billing Inquiries**<br>Ryan Winslow<br>Email   rwinslow@wwmach.com<br>Phone  (806) 747-3792 |

| Service | Price |
|---|---|
| RENTAL CHARGE -<br>2018 Superior D8T  Pipe Carrier Arms<br>s/n: WHPC-D8T-119<br><br>Rental Period # 3 - 7/12/2018 to 8/8/2018<br>Rental Rate $3,600.00/4 week period | $3,600.00 |

| | |
|---|---|
| Subtotal | $3,600.00 |
| Sales tax | $0.00 |
| **Total** | **$3,600.00** |

| Comments |
|---|

Our payment terms are net 30 days.If invoice is not paid within this term,interest charges will accrue at 1.5% per month.  Customer is responsible for remitting all sales/use taxes to the jurisdictions in which the machines are working, outside of Colorado, Wyoming, Utah and New Mexico.

Wire Remittance to:

**Worldwide Machinery  Dept. 2615**
**P.O. Box 122615**
**Dallas, TX 75312-2615**



**WORLDWIDE MACHINERY**
PIPELINE DIVISION

**INVOICE**
**147319**

Worldwide Machinery Pipeline Division
2951 Chambers Road | Aurora, CO 80011 | Phone 303-341-5555 | Fax 720-262-4494

| | | Questions or Comments |
|---|---|---|
| **Customer** 021174<br>Welded Construction<br>PO Box 470<br>ap@welded.com<br>Perrysburg, OH 43552 | **Date**<br>August 15, 2018<br><br>**P.O. #**<br>R3192 | **Sales Representative**<br>Brett Simpson<br>Email  bsimpson@wwmach.com<br>Phone |
| **Job Site County**<br>Ohio, WV<br>**Job Site**<br>169 Distribution Rd- Mett 713-253-9317 | **Contract #**<br>31757 | **Billing Inquiries**<br>Ryan Winslow<br>Email  rwinslow@wwmach.com<br>Phone  (806) 747-3792 |

| Service | Price |
|---|---|
| RENTAL CHARGE -<br>2018 Superior D8T  Pipe Carrier Arms<br>s/n: WHPC-D8T-116<br><br>Rental Period # 4 - 8/2/2018 to 8/29/2018<br>Rental Rate $3,600.00/4 week period | $3,600.00 |

| | |
|---|---|
| Subtotal | $3,600.00 |
| Sales tax | $0.00 |
| **Total** | **$3,600.00** |

| Comments |
|---|

Our payment terms are net 30 days.If invoice is not paid within this term,interest charges will accrue at 1.5% per month. Customer is responsible for remitting all sales/use taxes to the jurisdictions in which the machines are working, outside of Colorado, Wyoming, Utah and New Mexico.

Wire Remittance to:

**Worldwide Machinery  Dept. 2615**
**P.O. Box 122615**
**Dallas, TX 75312-2615**



**WORLDWIDE MACHINERY PIPELINE DIVISION**

# INVOICE
## 147322

Worldwide Machinery Pipeline Division
2951 Chambers Road | Aurora, CO 80011 | Phone 303.341.5555 | Fax 720.262.4494

| Questions or Comments |
|---|

| | | |
|---|---|---|
| **Customer    021174**<br>Welded Construction<br>PO Box 470<br>ap@welded.com<br>Perrysburg, OH 43552 | **Date**<br>August 15, 2018<br><br>**P.O. #**<br>R3193 | **Sales Representative**<br>Brett Simpson<br>Email   bsimpson@wwmach.com<br>Phone |
| **Job Site County**<br>Ohio, WV<br>**Job Site**<br>169 Distribution Rd- Mett 713-253-9317 | **Contract #**<br>31758 | **Billing Inquiries**<br>Ryan Winslow<br>Email   rwinslow@wwmach.com<br>Phone (806) 747-3792 |

| Service | Price |
|---|---|
| RENTAL CHARGE -<br>2018 Superior D8T  Pipe Carrier Arms<br>s/n: WHPC-D8T-117 | $3,600.00 |
| Rental Period # 4 - 8/2/2018 to 8/29/2018<br>Rental Rate $3,600.00/4 week period | |

| | |
|---|---|
| Subtotal | $3,600.00 |
| Sales tax | $0.00 |
| **Total** | **$3,600.00** |

| Comments |
|---|

Our payment terms are net 30 days.If invoice is not paid within this term,interest charges will accrue at 1.5% per month.  Customer is responsible for remitting all sales/use taxes to the jurisdictions in which the machines are working, outside of Colorado, Wyoming, Utah and New Mexico.

Wire Remittance to:

**Worldwide Machinery  Dept. 2615**
**P.O. Box 122615**
**Dallas, TX 75312-2615**

Page 1 of 1



**WORLDWIDE MACHINERY**
**PIPELINE DIVISION**

# INVOICE
## 147654

**Worldwide Machinery Pipeline Division**
2951 Chambers Road | Aurora, CO 80011 | Phone: 404-341-5555 | Fax 720-262-4434

| | Questions or Comments |
|---|---|

| | | |
|---|---|---|
| **Customer**   021174<br>Welded Construction<br>PO Box 470<br>ap@welded.com<br>Perrysburg, OH 43552 | **Date**<br>August 22, 2018<br><br>**P.O. #**<br>R3194 | **Sales Representative**<br>Brett Simpson<br>Email  bsimpson@wwmach.com<br>Phone |
| **Job Site County**<br>Ohio, WV<br>**Job Site**<br>169 Distribution Rd- Mett 713-253-9317 | **Contract #**<br>31759 | **Billing Inquiries**<br>Ryan Winslow<br>Email  rwinslow@wwmach.com<br>Phone (806) 747-3792 |

| Service | Price |
|---|---|
| RENTAL CHARGE -<br>2018 Superior D8T  Pipe Carrier Arms<br>s/n: WHPC-D8T-118<br><br>Rental Period # 4 - 8/9/2018 to 9/5/2018<br>Rental Rate $3,600.00/4 week period | $3,600.00 |

| | |
|---|---|
| Subtotal | $3,600.00 |
| Sales tax | $0.00 |
| **Total** | **$3,600.00** |

| Comments |
|---|

Our payment terms are net 30 days.If invoice is not paid within this term,interest charges will accrue at 1.5% per month.  Customer is responsible for remitting all sales/use taxes to the jurisdictions in which the machines are working, outside of Colorado, Wyoming, Utah and New Mexico.

Wire Remittance to:

**Worldwide Machinery  Dept. 2615**
**P.O. Box 122615**
**Dallas, TX 75312-2615**



**WORLDWIDE MACHINERY**
**PIPELINE DIVISION**

# INVOICE
## 147655

**Worldwide Machinery Pipeline Division**
2951 Chambers Road | Aurora   CO 80011 | Phone 303. 344.5555 | Fax 720. 262.4164

| | | Questions or Comments |
|---|---|---|
| **Customer** 021174 <br> Welded Construction <br> PO Box 470 <br> ap@welded.com <br> Perrysburg, OH 43552 | **Date** <br> August 22, 2018 <br><br> **P.O. #** <br> R3195 | **Sales Representative** <br> Brett Simpson <br> Email bsimpson@wwmach.com <br> Phone |
| **Job Site County** <br> Ohio, WV <br><br> **Job Site** <br> 169 Distribution Rd- Mett 713-253-9317 | **Contract #** <br> 31760 | **Billing Inquiries** <br> Ryan Winslow <br> Email rwinslow@wwmach.com <br> Phone (806) 747-3792 |

| Service | Price |
|---|---|
| RENTAL CHARGE - <br> 2018 Superior D8T  Pipe Carrier Arms <br> s/n: WHPC-D8T-119 <br><br> Rental Period # 4 - 8/9/2018 to 9/5/2018 <br> Rental Rate $3,600.00/4 week period | $3,600.00 |

| | |
|---|---|
| Subtotal | $3,600.00 |
| Sales tax | $0.00 |
| **Total** | **$3,600.00** |

| Comments |
|---|

Our payment terms are net 30 days.If invoice is not paid within this term,interest charges will accrue at 1.5% per month.  Customer is responsible for remitting all sales/use taxes to the jurisdictions in which the machines are working, outside of Colorado, Wyoming, Utah and New Mexico.

Wire Remittance to:

    **Worldwide Machinery  Dept. 2615**
    **P.O. Box 122615**
    **Dallas, TX 75312-2615**

Page 1 of 1



**WORLDWIDE MACHINERY**
PIPELINE DIVISION

**INVOICE**
**148476**

**Worldwide Machinery Pipeline Division**
2851 Chambers Road | Aurora, CO 80011 | Phone 303-341-5555 | Fax 720-282-4494

| Questions or Comments | | |
|---|---|---|
| **Customer** 021174<br>Welded Construction<br>PO Box 470<br>ap@welded.com<br>Perrysburg, OH 43552 | **Date**<br>September 12, 2018<br><br>**P.O. #**<br>R3192 | **Sales Representative**<br>Brett Simpson<br>Email  bsimpson@wwmach.com<br>Phone |
| **Job Site County**<br>Ohio, WV<br>**Job Site**<br>169 Distribution Rd- Mett 713-253-9317 | **Contract #**<br>31757 | **Billing Inquiries**<br>Ryan Winslow<br>Email  rwinslow@wwmach.com<br>Phone (806) 747-3792 |

| Service | Price |
|---|---|
| RENTAL CHARGE -<br>2018 Superior D8T  Pipe Carrier Arms<br>s/n: WHPC-D8T-116<br><br>Rental Period # 5 - 8/30/2018 to 9/26/2018<br>Rental Rate $3,600.00/4 week period | $3,600.00 |

| | |
|---|---|
| Subtotal | $3,600.00 |
| Sales tax | $0.00 |
| **Total** | **$3,600.00** |

| Comments |
|---|

Our payment terms are net 30 days.If invoice is not paid within this term,interest charges will accrue at 1.5% per month.  Customer is responsible for remitting all sales/use taxes to the jurisdictions in which the machines are working, outside of Colorado, Wyoming, Utah and New Mexico.

Wire Remittance to:

**Worldwide Machinery  Dept. 2615**
**P.O. Box 122615**
**Dallas, TX 75312-2615**

Page 1 of 1



**WORLDWIDE MACHINERY PIPELINE DIVISION**

**INVOICE**
**148477**

**Worldwide Machinery Pipeline Division**
2953 Chambers Road | Aurora, CO 80011 | Phone 303-341-5555 | Fax 720-262-4494

| Questions or Comments |
|---|

| | | Sales Representative |
|---|---|---|
| **Customer 021174**<br>Welded Construction<br>PO Box 470<br>ap@welded.com<br>Perrysburg, OH 43552 | **Date**<br>September 12, 2018<br><br>**P.O. #**<br>R3193 | Brett Simpson<br>Email bsimpson@wwmach.com<br>Phone |
| **Job Site County**<br>Ohio, WV<br>**Job Site**<br>169 Distribution Rd- Mett 713-253-9317 | **Contract #**<br>31758 | **Billing Inquiries**<br>Ryan Winslow<br>Email rwinslow@wwmach.com<br>Phone (806) 747-3792 |

| Service | Price |
|---|---|
| RENTAL CHARGE -<br>2018 Superior D8T Pipe Carrier Arms<br>s/n: WHPC-D8T-117<br><br>Rental Period # 5 - 8/30/2018 to 9/26/2018<br>Rental Rate $3,600.00/4 week period | $3,600.00 |

| | |
|---|---|
| Subtotal | $3,600.00 |
| Sales tax | $0.00 |
| **Total** | **$3,600.00** |

| Comments |
|---|

Our payment terms are net 30 days. If invoice is not paid within this term, interest charges will accrue at 1.5% per month. Customer is responsible for remitting all sales/use taxes to the jurisdictions in which the machines are working, outside of Colorado, Wyoming, Utah and New Mexico.

Wire Remittance to:

**Worldwide Machinery Dept. 2615**
**P.O. Box 122615**
**Dallas, TX 75312-2615**

Page 1 of 1



**WORLDWIDE MACHINERY PIPELINE DIVISION**

**INVOICE**
**148723**

**Worldwide Machinery Pipeline Division**
2951 Chambers Road | Aurora, CO 80011 | Phone 303. 311 5858 | Fax 720.362.4404

| | | Questions or Comments |
|---|---|---|
| **Customer    021174**<br>Welded Construction<br>PO Box 470<br>ap@welded.com<br>Perrysburg, OH 43552 | **Date**<br>September 19, 2018<br><br>**P.O. #**<br>R3194 | **Sales Representative**<br>Brett Simpson<br>Email  bsimpson@wwmach.com<br>Phone |
| **Job Site County**<br>Ohio, WV<br>**Job Site**<br>169 Distribution Rd- Mett 713-253-9317 | **Contract #**<br>31759 | **Billing Inquiries**<br>Ryan Winslow<br>Email  rwinslow@wwmach.com<br>Phone (806) 747-3792 |

| Service | Price |
|---|---|
| RENTAL CHARGE -<br>2018 Superior D8T  Pipe Carrier Arms<br>s/n: WHPC-D8T-118<br><br>Rental Period # 5 - 9/6/2018 to 10/3/2018<br>Rental Rate $3,600.00/4 week period | $3,600.00 |

| | |
|---|---|
| Subtotal | $3,600.00 |
| Sales tax | $0.00 |
| **Total** | **$3,600.00** |

| Comments |
|---|

Our payment terms are net 30 days.If invoice is not paid within this term,interest charges will accrue at 1.5% per month.  Customer is responsible for remitting all sales/use taxes to the jurisdictions in which the machines are working, outside of Colorado, Wyoming, Utah and New Mexico.

Wire Remittance to:

**Worldwide Machinery  Dept. 2615**
**P.O. Box 122615**
**Dallas, TX 75312-2615**



**WORLDWIDE MACHINERY PIPELINE DIVISION**

**INVOICE**
**148724**

Worldwide Machinery Pipeline Division
29 1 Chambers Road Aurora, CO 50311 | Phone 303 341 5558 | Fax 720 262 4404

| Questions or Comments |
|---|

| | | Sales Representative |
|---|---|---|
| **Customer** 021174 | **Date** | Brett Simpson |
| Welded Construction | September 19, 2018 | Email  bsimpson@wwmach.com |
| PO Box 470 | | Phone |
| ap@welded.com | **P.O. #** | |
| Perrysburg, OH 43552 | R3195 | |

| **Job Site County** | **Contract #** | **Billing Inquiries** |
|---|---|---|
| Ohio, WV | 31760 | Ryan Winslow |
| **Job Site** | | Email  rwinslow@wwmach.com |
| 169 Distribution Rd- Mett 713-253-9317 | | Phone (806) 747-3792 |

| Service | Price |
|---|---|
| RENTAL CHARGE - | $3,600.00 |
| 2018 Superior D8T  Pipe Carrier Arms | |
| s/n: WHPC-D8T-119 | |
| | |
| Rental Period # 5 - 9/6/2018 to 10/3/2018 | |
| Rental Rate $3,600.00/4 week period | |

| | |
|---|---|
| Subtotal | $3,600.00 |
| Sales tax | $0.00 |
| **Total** | **$3,600.00** |

| Comments |
|---|

Our payment terms are net 30 days.If invoice is not paid within this term,interest charges will accrue at 1.5% per month.  Customer is responsible for remitting all sales/use taxes to the jurisdictions in which the machines are working, outside of Colorado, Wyoming, Utah and New Mexico.

Wire Remittance to:

**Worldwide Machinery  Dept. 2615**
**P.O. Box 122615**
**Dallas, TX 75312-2615**



**WORLDWIDE
MACHINERY
PIPELINE DIVISION**

**INVOICE**
**149538**

Worldwide Machinery Pipeline Division
2641 Chambers Road | Aurora, CO 80011 | Phone 303-341-3550 | Fax 720-262-4409

| Questions or Comments |
|---|

| | | |
|---|---|---|
| **Customer   021174**<br>Welded Construction<br>PO Box 470<br>ap@welded.com<br>Perrysburg, OH 43552 | **Date**<br>October 10, 2018<br><br>**P.O. #**<br>R3192 | **Sales Representative**<br>Brett Simpson<br>Email  bsimpson@wwmach.com<br>Phone |
| **Job Site County**<br>Ohio, WV<br>**Job Site**<br>169 Distribution Rd- Mett 713-253-9317 | **Contract #**<br>31757 | **Billing Inquiries**<br>Ryan Winslow<br>Email  rwinslow@wwmach.com<br>Phone (806) 747-3792 |

| Service | Price |
|---|---|
| RENTAL CHARGE -<br>2018 Superior D8T Pipe Carrier Arms<br>s/n:WHPC-D8T-116<br><br>Rental Period # 6 - 9/27/2018 to 10/24/2018<br>Rental Rate $3,600.00/4 week period | $3,600.00 |

| | |
|---|---|
| Subtotal | $3,600.00 |
| Sales tax | $0.00 |
| **Total** | **$3,600.00** |

| Comments |
|---|

Our payment terms are net 30 days.If invoice is not paid within this term,interest charges will accrue at 1.5% per month.  Customer is responsible for remitting all sales/use taxes to the jurisdictions in which the machines are working, outside of Colorado, Wyoming, Utah and New Mexico.

Wire Remittance to:

**Worldwide Machinery  Dept. 2615**
**P.O. Box 122615**
**Dallas, TX 75312-2615**



**WORLDWIDE MACHINERY PIPELINE DIVISION**

# INVOICE
## 149539

**Worldwide Machinery Pipeline Division**
2951 Chambers Road | Aurora, CO 80011 | Phone 303.341.5555 | Fax 720.262.4191

### Questions or Comments

| | | |
|---|---|---|
| **Customer**    021174<br>Welded Construction<br>PO Box 470<br>ap@welded.com<br>Perrysburg, OH 43552 | **Date**<br>October 10, 2018<br><br>**P.O. #**<br>R3193 | **Sales Representative**<br>Brett Simpson<br>Email  bsimpson@wwmach.com<br>Phone |
| **Job Site County**<br>Ohio, WV<br>**Job Site**<br>169 Distribution Rd- Mett 713-253-9317 | **Contract #**<br>31758 | **Billing Inquiries**<br>Ryan Winslow<br>Email  rwinslow@wwmach.com<br>Phone (806) 747-3792 |

| Service | Price |
|---|---|
| RENTAL CHARGE -<br>2018 Superior D8T Pipe Carrier Arms<br>s/n:WHPC-D8T-117<br><br>Rental Period # 6 - 9/27/2018 to 10/24/2018<br>Rental Rate $3,600.00/4 week period | $3,600.00 |

| | |
|---|---|
| Subtotal | $3,600.00 |
| Sales tax | $0.00 |
| **Total** | **$3,600.00** |

### Comments

Our payment terms are net 30 days.If invoice is not paid within this term,interest charges will accrue at 1.5% per month.  Customer is responsible for remitting all sales/use taxes to the jurisdictions in which the machines are working, outside of Colorado, Wyoming, Utah and New Mexico.

Wire Remittance to:

**Worldwide Machinery  Dept. 2615**
**P.O. Box 122615**
**Dallas, TX 75312-2615**



**WORLDWIDE MACHINERY PIPELINE DIVISION**

# INVOICE
## 149787

**Worldwide Machinery Pipeline Division**
2301 Chambers Road | Aurora, CO 80011 | Phone 303-364-6855 | Fax 720-262-4404

| | Questions or Comments |
|---|---|

**Customer    021174**
Welded Construction
PO Box 470
ap@welded.com
Perrysburg, OH 43552

**Date**
October 17, 2018

**P.O. #**
R3194

**Sales Representative**
Brett Simpson
Email   bsimpson@wwmach.com
Phone

**Job Site County**
Ohio, WV

**Job Site**
169 Distribution Rd- Mett 713-253-9317

**Contract #**
31759

**Billing Inquiries**
Ryan Winslow
Email   rwinslow@wwmach.com
Phone (806) 747-3792

| Service | Price |
|---|---|
| RENTAL CHARGE - 2018 Superior D8T Pipe Carrier Arms s/n:WHPC-D8T-118 | $3,600.00 |
| Rental Period # 6 - 10/04/2018 to 10/31/2018 Rental Rate $3,600.00/4 week period | |

|  | |
|---|---|
| Subtotal | $3,600.00 |
| Sales tax | $0.00 |
| **Total** | **$3,600.00** |

| Comments | received $1,285.71 |
|---|---|

Our payment terms are net 30 days.If invoice is not paid within this term,interest charges will accrue at 1.5% per month.  Customer is responsible for remitting all sales/use taxes to the jurisdictions in which the machines are working, outside of Colorado, Wyoming, Utah and New Mexico.

Balance $2,314.29 Due

Wire Remittance to:

**Worldwide Machinery  Dept. 2615**
**P.O. Box 122615**
**Dallas, TX 75312-2615**

Page 1 of 1



**WORLDWIDE MACHINERY**
**PIPELINE DIVISION**

# INVOICE
## 149788

**Worldwide Machinery Pipeline Division**
2953 Chambers Road | Aurora, CO 80011 | Phone 303.261.5666 | Fax 720.262.4404

| Questions or Comments |
|---|

| **Customer**   021174 | **Date** | **Sales Representative** |
|---|---|---|
| Welded Construction | October 17, 2018 | Brett Simpson |
| PO Box 470 | | Email   bsimpson@wwmach.com |
| ap@welded.com | **P.O. #** | Phone |
| Perrysburg, OH 43552 | R3195 | |

| **Job Site County** | **Contract #** | **Billing Inquiries** |
|---|---|---|
| Ohio, WV | 31760 | Ryan Winslow |
| **Job Site** | | Email   rwinslow@wwmach.com |
| 169 Distribution Rd- Mett 713-253-9317 | | Phone (806) 747-3792 |

| Service | Price |
|---|---|
| RENTAL CHARGE - | $3,600.00 |
| 2018 Superior D8T Pipe Carrier Arms | |
| s/n:WHPC-D8T-119 | |
| | |
| Rental Period # 6 - 10/04/2018 to 10/31/2018 | |
| Rental Rate $3,600.00/4 week period | |

| | Subtotal | $3,600.00 |
|---|---|---|
| | Sales tax | $0.00 |
| | **Total** | **$3,600.00** |

| Comments | *received*    $1,285.71 |
|---|---|

Our payment terms are net 30 days.If Invoice is not paid within this term,interest charges will accrue at 1.5% per month. Customer is responsible for remitting all sales/use taxes to the jurisdictions in which the machines are working, outside of Colorado, Wyoming, Utah and New Mexico.

*Balance  $2,314.29*
*Due*

Wire Remittance to:

**Worldwide Machinery  Dept. 2615**
**P.O. Box 122615**
**Dallas, TX 75312-2615**

Page 1 of 1

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305

## ** LEGAL NOTICE **
## COPY

2019 MAY 28   AM 11: 00

USPS CERTIFIED MAIL™



9214 8901 1251 3410 0002 4899 67

**Mac Warner**
Secretary of State
State of West Virginia
**Phone:** 304-558-6000
886-767-8683
**Visit us online:**
www.wvsos.com

COLUMBIA GAS TRANSMISSION CORPORATION NOW:
COLUMBIA GAS TRANSMISSION LLC
Corporation Service Company
209 West Washington Street
Charleston, WV 25302

**Control Number:** 235871

**Defendant:** COLUMBIA GAS TRANSMISSION
CORPORATION NOW: COLUMBIA
GAS TRANSMISSION LLC
209 West Washington Street
Charleston, WV 25302 US

**Agent:** Corporation Service Company

**County:** State of West Virginia

**Civil Action:** NLM151920

**Certified Number:** 92148901125134100002489967

**Service Date:** 3/12/2019

I am enclosing:

### 1 notice of mechanic's lien

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted
service of process in your name and on your behalf.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of
process  in your name and on your behalf as your attorney-in-fact.  Please address any questions about this document
directly to the court or the plaintiff's attorney, shown in the enclosed paper, **not to the Secretary of State's office**.*

Sincerely,

*Mac Warner*

Mac Warner
Secretary of State

**EXHIBIT**
"2"
TO COMPLAINT

**Notice of Mechanic's Lien**

To:

**Columbia Gas Trans Corp.**
**P.O. Box 1273**
**Charleston, WV 25325**

and

**Columbia Gas Trans Corp.**
**c/o Corporation Service Company**
**209 W. Washington Street**
**Charleston, WV 25302**

You will please take notice that the undersigned Claimant, Worldwide Machinery, Ltd., was and is a supplier to Welded Construction, L.P., which was general contractor for the Mountaineer Express Pipeline Project  (the "Project"), for the furnishing of equipment necessary to complete the pipeline installation work required in connection with the Project based on Welded Construction, Inc.'s orders submitted to Worldwide Machinery, Ltd., and subsequently providing said equipment to Welded Construction, Inc., for its contract with Columbia Gas Trans Corp., for the completion of the Project on certain real estate more particularly described on Exhibit A hereto (the "***Real Estate***"), situate in Wetzel County, West Virginia, in which you may own an interest, and that the contract price and value of said materials which remains unpaid is $55,028.58, as of January 25, 2018, as reflected on the Invoices collectively attached hereto as Exhibit B.  You are further notified that the undersigned has not been paid therefor and that Claimant Worldwide Machinery, Ltd., claims and will claim a lien upon your interest in the Real Estate and upon the buildings, structures and improvements thereon to secure the payment of the said sum.

**WORLDWIDE MACHINERY, LTD.,** a  Texas  limited partnership

By: Rhonda Noll

Title: Assistant Credt Manager



**BERNSTEIN ▪ BURKLEY**
ATTORNEYS AT LAW

# Nicholas D. Krawec

nkrawec@bernsteinlaw.com | (412) 456-8103

Board Certified in Creditors' Rights Law –
American Board of Certification

2019 MAY 23 AM 11: 00

**Via Certified Mail**
Columbia Gas Trans. Corp.
P.O. Box 1273
Charleston, WV 25325

March 4, 2019

Re:    Worldwide Machinery LTD
Vs:    Columbia Gas Trans. Corp.
Contractor:    Welded Construction
Project:    Mountaineer Express Pipeline
Book No. 7, Page 265, Instrument No. 264296, Wetzel County Clerk
Our File Number: 2181-WV002

Ladies and Gentlemen:

Enclosed please find a true and correct copy of the Notice of Mechanic's Lien filed with the
Clerk of Wetzel County, WV, against your property in Wetzel County, WV as specified in Exhibit "A"
to the Notice of Mechanic's Lien.

Very truly yours,

BERNSTEIN-BURKLEY, P.C.

Nicholas D. Krawec

Encl.

NDK/bb

**EXHIBIT**
"3"
TO COMPLAINT



DATE: 3/4/19

## CERTIFIED MAIL

TO:

——— Columbia Gas Trans. Corp. ———
——— P.O. Box 1273
——— Charleston, WV 25325

FILE NO.:     2181-WV002

ARTICLE NO.: —   9171 9690 0935 0212 1337 22

| | |
|---|---|
| **From:** | auto-reply@usps.com |
| **Sent:** | Tuesday, March 19, 2019 4:46 PM |
| **To:** | Nicholas D. Krawec |
| **Subject:** | USPS® Item Delivered, Individual Picked Up at Post Office 9171969009350212133722 |



Hello **Nicholas Krawec**,

Your item was picked up at the post office at 6:49 am on March 7, 2019 in CHARLESTON, WV 25301.

Tracking Number: **9171969009350212133722**

## Delivered, Individual Picked Up at Post Office



> **Tracking & Delivery Options**

> **My Account**

Visit **USPS Tracking®** to check the most up-to-date status of your package. Sign up for **Informed Delivery®** to digitally preview the address side of your incoming letter-sized mail and manage your packages scheduled to arrive soon! To update how frequently you receive emails from USPS, log in to your **USPS.com** account.

Want regular updates on your package? **Set up text alerts.**

**INFORMED DELIVERY**
Sign up to view your mail online or via email.

Download USPS Mobile®



  

1

 **UNITED STATES**
**POSTAL SERVICE**

March 19, 2019

Dear Nicholas Krawec:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9171 9690 0935 0212 1337 22**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | March 7, 2019, 6:49 am |
| **Location:** | CHARLESTON, WV 25301 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

## Recipient Signature

| | |
|---|---|
| **Signature of Recipient:** | |
| **Address of Recipient:** | PO Box 1273 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

USPS.com | Privacy Policy | Customer Service | FAQs

Delivery date and time depends on origin, destination and Post Office™ acceptance time and is subject to change. Delivery options are subject to restrictions and may not be available for your item.

This is an automated email; please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of the email by you is prohibited.

Copyright © 2017. All rights reserved.



# (/DEFAULT.ASPX)

Civil
Case Information
Second Judicial Circuit of Wetzel County


19-C-45
Judge: DAVID W. HUMMEL, JR
WORLDWIDE MACHINERY LTD VS. COLUMBIA GAS TRANSMISSION

---

Plaintiff(s)

Plaintiff Attorney(s)

WORLDWIDE MACHINERY

N/A

Defendant(s)

Defendant Attorney(s)

COLUMBIA GAS TRANS
COLUMBIA GAS TRANS. CORP.
COLUMBIA GAS TRANSMISSION LLC

N/A

Date Filed: 05/28/2019
Case Type: GENERAL CIVIL
Appealed: 0
Final Order Date: N/A
Statistical Close Date: N/A


| Line | Date | Action / Result |
|---|---|---|
| 0001 | 05/28/2019 | CCIS & COMPLAINT TO FORECLOSE MECHANIC'S LIEN W/ EXHIBITS (1)- |
| 0002 | | (3) FILED. |
| 0003 | | *TIME-STAMPED COPY RETURNED TO BERNSTEIN BURKLEY, P.C.* |
| 0004 | 05/28/2019 | SUMMONS ISSUED (COLUMBIA GAS TRANSM. CORP.) |
| 0005 | | COPY OF SUMMONS & COMPLAINT TO FORECLOSE MECHANIC'S LIEN W/ |
| 0006 | | EXHIBITS MAILED CERT MAIL R/R/R FOR SERVICE. |
| 0007 | 05/30/2019 | COPY OF COMPLAINT FAXED TO NATALIE WILLIAMS @ STEPTOE & JOHNSON |
| 0008 | 05/30/2019 | CERTIFIED MAIL RETURNED FOR COLUMBIA GAS TRANSMISSION CORP. |
| 0009 | | "ACCETPED" FOR/BY ?. |
| 0010 | 06/07/2019 | FAXED COPY OF CERTIFIED MAIL RETURN TO 412-456-8135 |
| 0011 | 06/07/2019 | RECIEPT FOR PAYMENT OF COPIES. |
| 0012 | 06/15/2019 | AFFIDAVIT OF SERVICE OF COMPLAINT TO FORECLOSE MECHANIC'S LIEN |

```
0014                        *TIME-STAMPED COPY RETURNED TO BERNSTEIN & BURKLEY, P.C.*

0015                        *COPY MAILED TO JUDGE HUMMEL FOR REVIEW*
```

_____

hese materials have been prepared by the Office of the Clerk of the various Circuit Courts from original sources and data believed to be reliable. The information

ontained herein, however, has not been independently verified by the Office of the Clerk or Software Computer Group, Incorporated. The Office of the Clerk of the

ircuit Courts and Software Computer Group, Inc. assume no liability for the accuracy, completeness, or timeliness of the information contained herein.

oftware Computer Group | PO Box 27 | Fraziers Bottom WV 25082

IN THE CIRCUIT COURT OF WETZEL COUNTY, WEST VIRGINIA

WORLDWIDE MACHINERY, LTD.,

        Claimant/Plaintiff

    vs.

COLUMBIA GAS TRANS. CORP., now
known as COLUMBIA GAS
TRANSMISSION, LLC,

        Owner/Defendant

Case No. 19-C-45

## AFFIDAVIT OF SERVICE OF COMPLAINT TO FORECLOSE MECHANIC'S LIEN

Before me, the undersigned authority, a notary public, in and for said County and Commonwealth, personally appeared Arthur W. Zamosky, Esq., who being duly sworn according to law, deposes and says that:

1.  He is the attorney for Plaintiff Worldwide Machinery, LTD., duly authorized to make this Affidavit.

2.  A true and correct copy of the Complaint to Foreclose Mechanic's Lien was served on Owner/Defendant Columbia Gas Trans. Corp., now known as Columbia Gas Transmission, LLC, care of the Owner/Defendant's registered agent, Corporation Service Company, at 209 W. Washington Street, Charleston, WV 25302, by certified mail, return receipt requested, by the Circuit Clerk of Wetzel County, WV, on May 30, 2019.

3.  A true and correct copy of the U.S. Postal Service Certified Mail Receipt, evidencing mailing of the Complaint on May 28, 2019, and a true and correct copy of the signed domestic return receipt, for article Number 7018 1130 0001 6463 2890, evidencing service of the Complaint on May 30, 2019, are attached hereto, collectively marked Exhibit "1" and made a part hereof.

STANDOC2

4.   The above information is true and correct to the best of Affiant's knowledge, information and

belief.

Arthur W. Zamosky

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF ALLEGHENY

Signed and sworn to before me

on _____ June  13 _____, 2019 by

Arthur W. Zamosky

Cheryl a. Bauer

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Cheryl A. Bauer, Notary Public
City of Pittsburgh, Allegheny County
My Commission Expires July 22, 2020
MEMBER PENNSYLVANIA ASSOCIATION OF NOTARIES

STANDOC2

06-07-'19 16:57 FROM- Wetzel Circuit Clerk   13044551069        T-095  P0001/0001 F-457



Worldwide
Machinery

vs.

Columbia Gas
Transmission
Corp.

19-C-45





EXHIBIT
"1"